FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ NOV 01 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOISES DE LA CRUZ, FREDDY FERNANDO DIAZ STEEK, RENE DIAZ, MANUEL NEIRA and PASCUAL REYES,

                                  Plaintiffs,

Case No.: CV11-4572

JOINT STIPULATION

-against-

BARONE STEEL FABRICTORS INC., B&R STEEL LLC and NICKY BARONE,

                                  Defendants.
-------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** that the time for the Defendants to answer or move with respect to the Summons and Complaint in this action shall be and the same hereby is extended to November 22, 2011.

       Signatures by facsimile or electronic signature shall be deemed original signatures for the purpose of this Stipulation.

Dated: October 24, 2011

_____
Defendants by Mark J. Caruso, Esq.
7302 13th Avenue
Brooklyn, NY 11228
Ph: (718) 680-5778

Virginia & Ambinder, LLP.

_____
By: Lloyd Ambinder, Esq.
Attorney for the Plaintiff
Trinity Centre
111 Broadway, 14th Floor
New York, NY 10006
Ph: (212) 943-9080
Fax: (212) 943-9082

The application is   ✓ granted.
SO ORDERED.     ___ denied.

s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: October 28, 2011
Brooklyn, New York